287 F.2d 883
 UNITED STATES of America,
v.
John Randolph HOPKINS.
 No. 6625.
 United States Court of Appeals Tenth Circuit.
 February 13, 1961.
 
 Appeal from the United States District Court for the District of New Mexico.
 James A. Borland, U. S. Atty., and J. C. Ryan, Asst. U. S. Atty., Albuquerque, N. M., for appellant.
 Garland & Martin, Las Cruces, N. M., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant.